UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

    Plaintiff,

v.                                         Case No. 3:22-cv-389-TJC-MCR

STEVEN M. FAHLGREN,

    Defendant.

**O R D E R**

This case is before the Court on pro se Plaintiff James Fisher's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. 2). On April 27, 2022, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 8) recommending that Plaintiff's Application be denied and that the case be dismissed without prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 8), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 8) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. 2) is **DENIED**.

3. The case is **DISMISSED without prejudice**.

4. The Clerk is directed to terminate the pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 23rd day of May, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Pro se Plaintiff
James Fisher
P.O. Box 1942
Jacksonville, FL 32201